

BSG:evg: USAO #2010R00421

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. W-10-0581 |
| v. | (Hobbs Act Robbery, 18 U.S.C. § 1951(a); Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c); Aiding & Abetting, 18 U.S.C. § 2) |
| MATTHEW EUGENE TALLEY, a/k/a "Bro Gene", a/k/a "Gene" | |
| and | |
| GARY MCGLONE, a/k/a "Snags" | |

...oOo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about December 1, 2009, in the District of Maryland,

**MATTHEW EUGENE TALLEY,**
**a/k/a "Bro Gene",**
**a/k/a "Gene"**

the defendant herein, did knowingly obstruct, delay and affect and attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of electronic items, including but not limited to televisions, cell phones, and GPS devices, and United States currency from the person and presence of an employees of the

Radio Shack, 7617 ½ Harford Road, Baltimore, Maryland, which does business in interstate commerce, against that employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to that employee's person.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

# COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about November 27, 2009, in the District of Maryland,

**GARY MCGLONE,**
**a/k/a "Snags"**

the defendant herein, did knowingly obstruct, delay and affect and attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of electronic items, including but not limited to cell phones and United States currency, from the person and presence of an employees of the Radio Shack, 20 Cranbrook Road, Cockeysville, Maryland, which does business in interstate commerce, against that employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to that employee's person.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about December 1, 2009, in the District of Maryland,

**MATTHEW EUGENE TALLEY,**
**a/k/a "Bro Gene",**
**a/k/a "Gene"**

the defendant herein, did knowingly possess and brandish a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count One of this Indictment.


18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about November 27, 2009, in the District of Maryland,

**GARY MCGLONE,**
a/k/a "Snags"

the defendant herein, did knowingly possess and brandish a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Two of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE REDACTED

Foreperson

9/16/10
Date

5